UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re                                                            Case No.: 18-56448
                                                                 Chapter 13
Regina Parks                                                     Judge Phillip Shefferly

Debtor
_____/

# ORDER EXTENDING AUTOMATIC STAY

     THIS CAUSE, coming before the Court on the stipulation of Debtor, Regina Parks; Creditor, Deutsche Bank National Trust Company; and the Standing Chapter 13 Trustee, for entry of an Order Extending Automatic Stay, and this Court, having reviewed the stipulation and proposed Order, having reviewed the pleadings in this cause, having determined that entry of this Order is appropriate under the circumstances of this case, and being otherwise fully advised in the premises, it is hereby

     ORDERED AND ADJUDGED that the Automatic Stay under Section 362 is extended pursuant to 11 USC Section 362(c)(3) is extended to February 12, 2019 unless further ordered by this Court. It is further

     ORDERED AND ADJUDGED that no later than January 20, 2018, Debtor will file an Amended Schedule I and Amended Schedule J. If Debtor does not file the required Amendments by the date specified, the Automatic Stay may be terminated in its entirety without further notice or hearing upon the filing of an Affidavit of Creditor or the Chapter 13 Trustee. It is further

     ORDERED AND ADJUDGED that no later than January 20, 2018, Debtor provide to Creditor and the Chapter 13 Trustee proof of all sources of Debtor's income as reflected on Debtor's Amended Schedule I including, but not limited to, a Profit & Loss Statement for Debtor's self-employment showing all income received and all expenses incurred by Debtor on a monthly basis commencing July 1, 2018 through December 31, 2018; at least two current paystubs for Debtor's employment reflecting pay periods ending on or after October 1, 2018; and an Affidavit or Unsworn Declaration Under Penalty of Perjury signed by any third party listed on Debtor's Amended Schedule I as providing support to Debtor attesting to the fact that the third party is providing support in at least the amount indicated on

Amended Schedule I and will continue to provide that support during the pendency of this case. If Debtor does not provide all of the required income documentation by the date specified, the Automatic Stay may be terminated in its entirety without further notice or hearing upon the filing of a Notice of Default by Creditor or the Chapter 13 Trustee. It is further

ORDERED AND ADJUDGED that if Debtor does not make all future Plan payments in a timely manner, the Trustee or the Creditor may submit a Notice of Default, served upon Debtor and Debtor's counsel and permitting 15 days from the service of the Notice in which to cure any and all defaults in payments. If Debtor does not cure the defaults in payments after having been provided notice under the provisions of this Order, then the Trustee or the Creditor may submit an Order Terminating Automatic Stay to the Bankruptcy Court along with an affidavit attesting to a failure to make plan payments, and the stay may thereafter be terminated in its entirety without further notice or hearing.

**Signed on January 08, 2019**



/s/ Phillip J. Shefferly

**Phillip J. Shefferly**
**United States Bankruptcy Judge**